IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BROOK ROGERS**                                                        **PLAINTIFF**

**V.**                           **CASE NO. 4:09CV00181 JMM**

**SOUTHWESTERN BELL TELEPHONE**
**COMPANY**                                                   **DEFENDANT**

**ORDER**

The jury trial set for the week of January 11, 2009, is removed from the trial docket until such time as the Court rules on the pending Motion for Summary Judgment. All deadlines set forth in the Court's final scheduling order are held in abeyance. The trial will be re-set by subsequent order, if necessary.

IT IS SO ORDERED THIS  11  day of  December , 2009.

_____
James M. Moody
United States District Judge