IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BROOK ROGERS                                                                                    PLAINTIFF

V.                          CASE NO. 4:09CV00181 JMM

SOUTHWESTERN BELL TELEPHONE CO.
AND COMMUNICATIONS WORKERS OF AMERICA                              DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered on this date all of plaintiff's claims against defendants are dismissed with plaintiff's state law claims being dismissed without prejudice.

IT IS SO ORDERED THIS   15   day of   January  , 2010.

_____
James M. Moody
United States District Judge